**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In re:                                                                                              Chapter 11

Cecilia B. Kempton,                                                                   Case No. 19-78292 (AST)


                                              Debtor.
----------------------------------------------------------------X

## ORDER AND NOTICE FOR HEARING ON
## ADEQUACY OF DISCLOSURE STATEMENT

A Disclosure Statement (the "Disclosure Statement") [Doc. No. 35] and a Plan of Reorganization (the "Plan") under Chapter 11 of the United States Code (the "Bankruptcy Code"), as may be amended and supplemented, having been filed by Cecilia B. Kempton, the debtor and debtor-in-possession (the "Debtor"), in the above captioned Chapter 11 case;

**IT IS HEREBY ORDERED** and Notice is hereby given that:

1. The hearing to consider approval of the adequacy of the Disclosure Statement shall be held before the Honorable Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, in Courtroom 960 of the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 on **June 24, 2020 at 11:30 a.m.**

2. **June 17, 2020 at 5:00 p.m.** is fixed as the last day for filing and serving in accordance with Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 3017(a) written objections to the Disclosure Statement. Objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of the Court, on its electronic website, with a hard copy to (i) the Office of the United States Trustee, 560 Federal Plaza, Central Islip 11722, Attn: Stan Yang, Esq;

and (ii) counsel for the Debtor, White & Wolnerman, PLLC, Attn: Randolph E. White, Esq., 950 Third Ave., 11'th Floor, New York, New York, 10022.

3. On or before **May 22, 2020**, and pursuant to Bankruptcy Rules 2002(b) and 3017(a), the Debtor shall serve (i) a copy of the Disclosure Statement and Plan, along with a copy of this Order, upon the Office of the United States Trustee for the Eastern District of New York, Attn: Stan Yang, Esq; by First Class mail; and (ii) copies of this Order upon (a) all parties filing a notice of appearance in this case, and (b) all those entities which have filed claims or which are listed in the Debtor's Chapter 11 Schedules as holding claims by First Class mail. Such notice shall be deemed good and sufficient notice of the hearing on the Disclosure Statement.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to counsel for the Debtor, White & Wolnerman, PLLC, Attn: Randolph White, Esq., 950 Third Ave., 11th Floor, New York, New York, 10022, or sent via email to David Wolnerman dwolnerman@wwlawgroup.com.

**Dated: May 19, 2020**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**