

December 4, 2020

History of the listing of Kempton 28 Jagger Lane Westhampton, NY 11977

Firstly, this property was originally sold to Mrs. Kempton in 2006. BHS and Scala Properties are not just brokerage firms taking on a Co-Exclusive not knowing about the property. Roxanne Paino Scala, of Scala Properties has rented this house to the same family for 4 years in a row for the summer season, so her relationship with the seller is a similar to mine. We both have an affinity with this property. We both work well together and were pleased to join together to market this home.

That being said, we have done an exceptional job selling this house. Our first open house for the brokerage community was March 12, 2020 just before the Pandemic began. There were 20-plus brokers/agents who viewed the property and we were live on all the internet sites, which is the number one selling tool for a home.

Between myself and my co-listor, we have showed this house for sale 13-plus times and maybe another 5 walk arounds. For rent showed approximately 8 times with only 5 being virtual. During these challenging times, showing properties has not been easy and a number of clients just wanted to walk the property to see if it could be for them.

Between both Roxanne and I, there have been some 200-plus emails, texts and many phone calls made and received by both, discussing this property. As soon as the price was reduced on July 8, 2020 from the original ask of $2,850,000 there were more showings. On July 8th the price was reduced to $2,495,000. Which is the selling price. Buyer is Yuri Shkuro, his broker is Nikita Idiri from Elegran Real Estate NYC.

Finally, that customer came about on July 29, 2020.

Hundreds of hours, showings, calls, texts at all times of the day. COVID rules and regulations and being conscientious beyond what we as agents do. With combined over 60 years of experience, we are both pleased with how we focused our marketing skills with this property and know we went way beyond the usual attention for the homeowner and take pride in our skills as agents.

Please note, at no time was a lock box put on the property. All showing were conducted by one of the listing agents professionally and with high quality brochures, floorplans, and professional photography.

   



Below is the breakdown of Brown Harris Stevens' marketing materials and schedule:

Marketing Expenses for 28 Jagger Lane, Westhampton - EELI Listing #859703; MLS #3206045; Out East IN#19531

| Service | Vendor | Date | Office | Listing Type | Notes |
| --- | --- | --- | --- | --- | --- |
| Photography | Rise Media | 11/30/2019 | Westhampton Beach | Sale | |
| Floorplans | Rise Media | 11/30/2019 | Westhampton Beach | Sale | |
| Brochure | XpressDocs | 03/10/2020 | Westhampton Beach | Sale | 4pg brochure + 2pg flyer |
| Print Ad | Southampton Press | 03/12/2020 | Westhampton Beach | Sale | |
| Photography | Aerial Aesthetics | 03/17/2020 | Westhampton Beach | Sale | |
| Photography | Shef Mushkolaj | 03/03/2020 | Westhampton Beach | Sale | |
| Sign Installation | Everlast Service Co. | 03/10/2020 | Westhampton Beach | Sale | |
| Print Ad | Southampton Press | 05/21/2020 | Westhampton Beach | Sale | |
| Print Ad | Southampton Press | 07/02/2020 | Westhampton Beach | Sale | |
| Print Ad | Hamptons Magazine | 07/07/2020 | Westhampton Beach | Sale | |
| Sign Renewal | Everlast Service Co. | 09/11/2020 | Westhampton Beach | Sale | |
| Domain | GoDaddy | 12/03/2020 | Westhampton Beach | Sale | |
| Sign Removal | Everlast Service Co. | 12/03/2020 | Westhampton Beach | Sale | date tbd |

Respectfully,

Gayle Osman Lopata and Roxanne Paino Scala

   







## Distinctive & Splendid
Westhampton

This impressive mini estate combines old world grandeur with modern conveniences of today on a truly parklike 1.20± acres with a main residence, separate 2-story barn, pool and tennis in Westhampton.

The grounds are spectacular with beautifully pruned shrubs, specimen trees and perennials enhancing this superb property and surrounding the heated saltwater gunite pool as well as the North/South tennis court.

The main house offers a total of 7 bedrooms and 6.5 bathrooms and features an expansive formal living room, formal dining room, den, and 3 kitchens. The third kitchen services the separate and private 2-bedroom apartment, perfect for your guests. Additional spaces can be found on the third floor with 2 seating areas and much needed extra storage space.

A simply beautiful Westhampton estate compound, just moments from the fine Village amenities including the sparkling beaches and world-class golf courses.

- 1.20± Acres
- Moments to Village Amenities
- Total Seven Bedrooms, Six Full Baths, 1 Half Bath
- Private 2-bedroom Apartment in the Main House
- Three Kitchens
- Finished 2-story Barn
- Spacious and Elegant Interior Spaces
- Stunning Grounds Landscaped with Specimen Trees and Perennials
- Heated Saltwater Pool
- North/South Tennis Court









Distinctive & Splendid
Westhampton

# Brown Harris Stevens

## COMMISSION STATEMENT

Cecelia Kempton  
c/o Rnadolph White, Esq.  
White & Wolnerman PLLC  
950 Third Avenue, 11th Floor  
New York, NY  10022

November 30, 2020

    Re:  Kempton / Shkuro  
          28 Jagger Lane, Westhampton, NY 11977  
          SCTM#:   0900-368.00-03.00-028.004

Sold Price: $2,495,000

---

Commission due for sale of the captioned property:

Total Commission Due:……………………………………………………………$124,750.00  
Payable to the order of "Brown Harris Stevens Westhampton, LLC."   $ 31,187.50  
Payable to the order of "Scala Custom Properties"                                    $ 31,187.50  
Payable to the order of "Elegran Real Estate"                                            $ 62,375.00

Brown Harris Stevens Westhampton, LLC.    License #109918091  
Gayle Osman Lopata    License #40OS0846206

Scala Custom Properties    License #1099044595  
Ron Scala    License #31SC0783985

Elegran Real Estate    License #10391200333  
Nikita Idiri    License #10401295240

