**Retained Professionals Final Fee Schedule**

**Case Name:**    **In re Cecilia B. Kempton**                                                    **Date:    January 18, 2021**

**Case No.:**    **19-78292 (AST)**

| Applicant | Document | Date Filed | Final Fees Requested | Final Exp. Requested | Total Final Fees & Exp. Requested | Total Fees Previously Sought/Paid | Total Exp. Previously Sought/Paid | Notes |
|---|---|---|---|---|---|---|---|---|
| White & Wolnerman, PLLC – Chapter 11 Counsel to the Debtor | First & Final Fee Application | 12/30/2020 (Doc. No. 143) | $197,877.50 | $1,101.20 | $198,978.70 | $0.00 | $0.00 | |
| John Giordano, P.C. – Special Counsel to the Debtor | First & Final Fee Application | 12/30/2020 (Doc. No. 144) | $20,920.00 | $109.00 | $21,029.00 | $0.00 | $0.00 | |
| Brown Harris Steven Westhampton LLC & Scala Properties – Co-Broker to the Debtor | Co-Brokers' Report for Sale of Jagger Lane Property | 12/09/2020 (Doc. No 141) | $124,750.00 (Commissions) | $0.00 | $124,750.00 (Commissions) | $0.00 | $0.00 | Per Co-Brokers' Report for Sale of Jagger Lane Property, and in accordance with Amended Order Authorizing Retention of Brokers, Commission to paid as follows:<br><br>Brown Harris Steven Westhampton LLC ($31,187.50)<br><br>Scala Properties ($31,187.50)<br><br>Elegran Real Estate ($62,3750.00 |
| | | Totals to Date: | $343,647.50 | $1,110.20 | $344,757.70 | $0.00 | $0.00 | |